UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **JANE WISD-FB DOE,** § § § **Plaintiff,** § § **v.** § § **WOODSBORO INDEPENDENT SCHOOL** § **DISTRICT,** § § **Defendant.** § | Civil Case No. 6:20-CV-00012 |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pending before the Court is the Joint Stipulation of Dismissal Without Prejudice filed by the Parties. (Dkt. No. 20). After reviewing the Stipulation, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims asserted or that could have been asserted by the Parties against each other in this Civil Action are are **DISMISSED WITHOUT PREJUDICE**. Costs of court and attorney's fees are to be borne by the party incurring same.

It is SO ORDERED.

SIGNED this April 1, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**